UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MCLEMORE,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>  Defendants. | Case No.  1:25-cv-00511-JLT-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY<br><br>(ECF No. 24) |

On August 11, 2025, Plaintiff David McLemore filed a notice of voluntary dismissal stating, "Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant Experian Information Solutions, Inc. may be dismissed with prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against the remaining Defendants remain pending." (ECF No. 24).

Defendant Experian Information Solutions, Inc. has not filed an answer or a motion for summary judgment. Thus, in light of the notice, the case against Experian Information Solutions, Inc. has ended and is dismissed with prejudice, with the parties to bear their own fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate Experian Information Solutions, Inc. as a defendant on the docket.

IT IS SO ORDERED.

Dated:  **August 12, 2025**              /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

1