UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MCLEMORE,<br><br>           Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>           Defendants. | Case No.   1:25-cv-00511-JLT-EPG<br><br>ORDER REGARDING PLAINTIFF'S NOTICE OF DISMISS TRANSUNION, LLC WITH PREJUDICE<br><br>(ECF No. 37) |

  On November 4, 2025, Plaintiff David McLemore filed an "unopposed motion to dismiss TransUnion LLC with prejudice," stating as follows: "COMES NOW, Plaintiff David McLemore, submits this unopposed motion to dismiss Defendant TransUnion, LLC only with prejudice, with each of the parties to bear their own fees and costs. . . . Plaintiff's claims against the remaining Defendants remain pending." (ECF No. 37, p. 1) (capitalization omitted).

  While the motion states that it is unopposed, it is not signed by any other party.

  Federal Rule of Civil Procedure 41(a)(1), permits a Plaintiff to voluntarily dismiss a case without a Court Order by filing either "(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared."

  Here, Transunion has filed an answer (ECF No. 15), therefore Rule 41(a)(1)(A)(ii) governs.

  Accordingly, IT IS ORDERED as follows:

  1. By no later than November 14, 2025, all Defendants that have appeared (not only

1

Defendant TransUnion, LLC) shall file a signed document reflecting their approval or disapproval of Plaintiff's request for dismissal of Defendant TransUnion, LLC. (ECF No. 37).

2. Alternatively, by no later than November 14, 2025, the parties may file a stipulation of dismissal signed by all parties who have appeared in this action in compliance with Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:   **November 5, 2025**          /s/ *Erica P. Grosjean*
                                                              UNITED STATES MAGISTRATE JUDGE