UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MCLEMORE,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>    Defendants. | Case No.  1:25-cv-00511-JLT-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC<br><br>(ECF No. 40) |

On November 6, 2025, Plaintiff filed a notice of voluntary dismissal with prejudice, and with the parties to bear their own fees and costs, as to Defendant Equifax Information Services, LLC only. (ECF No. 40). This Defendant has not filed either an answer or a motion for summary judgment. Thus, in light of the notice, the case against this Defendant has ended and is dismissed with prejudice and with the parties to bear their own fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate Defendant Equifax Information Services, LLC as a defendant on the docket.

IT IS SO ORDERED.

Dated:  **November 7, 2025**            /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28