UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MCLEMORE,<br><br>        Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>        Defendants. | Case No. 1:25-cv-00511-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT TRANSUNION, LLC ONLY<br><br>(ECF No. 44) |

      On November 14, 2025, the parties filed a joint stipulation stating as follows: "Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant TransUnion, LLC hereby jointly stipulate that TransUnion, LLC may be dismissed with prejudice, with each of the parties to bear their own fees and costs. Plaintiff's claims against Wells Fargo Bank, N.A. remain pending." (ECF No. 44, p. 1).

      In light of the parties' stipulation, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), the case against only Defendant TransUnion, LLC has been dismissed with prejudice, with each party to bear their own costs and attorney fees. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate TransUnion, LLC as a pending defendant on the docket.

IT IS SO ORDERED.

Dated:   **November 17, 2025**          /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE

1