UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MCLEMORE,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>    Defendants. | Case No. 1:25-cv-00511-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>(ECF No. 46) |

On December 5, 2025, the remaining parties filed a stipulation of dismissal, stating as follows:

> Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant Wells Fargo Bank, N.A. hereby jointly stipulate that Wells Fargo Bank, N.A. may be dismissed with prejudice, with each of the parties to bear their own fees and costs. All parties have now been dismissed and this matter may be dismissed in its entirety.

(ECF No. 46, p. 1).

In light of the parties' stipulation, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), the case against Defendant Wells Fargo Bank, N.A. has been dismissed with prejudice, with each party to bear their own costs and attorney fees. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Further, as all Defendants have now been dismissed, the Clerk of Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  **December 8, 2025**          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

1